FILED

07/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0667

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0667

_____

IN THE MATTER OF:

B.K.S.S.,

     A Minor Child.

A.E.C and M.L.C.,

     Petitioners and Appellees,           O R D E R

   and

C.S.,

     Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Dan Wilson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 15 2020